[No. 44674-0-II. Division Two. December 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BERNARDE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02212-0, Stephanie A. Arend, J., entered March 27, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45929-9-II. Division Two. December 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER E. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00241-8, Amber L. Finlay, J., entered March 3, 2014. *Remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa and Melnick, JJ.

[No. 31272-1-III. Division Three. December 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ETHAN D. YORK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-8-00646-2, Ellen K. Clark, J., entered November 14, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J.; Fearing, J., concurring separately.